## HUDSON v. STILES.

GILBERT, J. The judgment in this case is affirmed under the rule that the discretion of the trial judge in granting or refusing an injunction on interlocutory hearing will not be interfered with, unless it is made to appear that there was an abuse of discretion.

*Judgment affirmed. All the Justices concur.*
OCTOBER 18, 1916.

Petition for injunction. Before Judge Wright. Floyd superior court. March 3, 1916.

*Maddox & Doyal,* for plaintiff.

*C. I. Carey* and *John W. Bale,* for defendant.

---

## DORMINEY et al. v. MATHIS, tax-collector.

ATKINSON, J. 1. There was no error sufficient to cause a reversal on account of any ruling admitting evidence to which proper objection was made.

2. Upon conflicting evidence, there was no abuse of discretion in refusing to grant an interlocutory injunction.

*Judgment affirmed. All the Justices concur.*
OCTOBER 18, 1916.

Petition for injunction. Before Judge Thomas. Berrien superior court. February 12, 1916.

*Hendricks, Mills & Hendricks,* for plaintiffs.

*Ira S. Clary* and *W. D. Buie,* for defendant.

---

## DOWDY, commissioner, et al. v. BIRD, commissioner, et al.

FISH, C. J. Where in an action for equitable relief, other than a stay of pending proceedings, no evidence was submitted on a preliminary hearing which tended to show that any of the defendants against whom substantial relief was prayed resided in the county wherein the suit was brought, it was not error to refuse an interlocutory injunction.

*Judgment affirmed. All the Justices concur.*
OCTOBER 18, 1916.

Petition for injunction. Before Judge Sheppard. Tattnall superior court. March 18, 1916.

*H. H. Elders,* for plaintiffs.

*W. H. Lanier* and *Hines & Jordan,* for defendants.